UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00090-KDB-SCR

| | |
|---|---|
| CHAD JAMES EMKE, ) | |
| Plaintiff, ) | |
| vs. ) | |
| STATE OF NORTH CAROLINA, et al., ) | ORDER |
| Defendants. ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Chad James Emke ("Plaintiff") filed this action on June 20, 2023, pursuant to 42 U.S.C. § 1983. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 5]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from July 6, 2023, to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 5].

The deadline has passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: August 28, 2023

Kenneth D. Bell
United States District Judge